ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Berger/Cummins JV ) ASBCA No. 59429
)
Under Contract No. W912BU-10-D-0016 )

APPEARANCES FOR THE APPELLANT: David M. Nadler, Esq.
David Y. Yang, Esq.
Scott Arnold, Esq.
Christian N. Curran, Esq.
Blank Rome LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas J. Warren, Esq.
Acting Engineer Chief Trial Attorney
Amanda G. Phily, Esq.
Maria Kolokithias, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 April 2018

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59429, Appeal of Berger/Cummins JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals